**ORIGINAL**

RECEIPT FOR PAYMENT

# United States Court of Appeals
# For The Federal Circuit

OFFICE OF THE CLERK

Received From: Sidley Austin LLP (NAME)
Chicago, IL (ADDRESS)

Date: 11/5/14

**NON-APPROPRIATED ACCOUNT**

| | AMOUNT |
|---|---|
| Admission Fee | |
| Filing Fee In Re: Microsoft Corporation | 500.00 |
| Duplicate Cert. of Admission | |
| **TOTAL** | **500.00** |

Clerk ☐
Deputy Clerk ☑ JW 56587

Cash ☐   Check ☑   Money Order ☐

28869